# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| TYESHIA MILLER, on behalf of herself and all others similarly situated, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) No. 2:22-cv-02584-SHL-atc |
| COBB TACTICAL SECURITY, LLC, d/b/a CTS, LLC, et al., | ) ) ) |
| Defendants. | ) |

## JUDGMENT

**JUDGMENT BY COURT.** This action, having come before the Court on Plaintiff's Complaint, (ECF No. 1), filed September 6, 2022,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that, in accordance with the Order Granting Joint Motion for FLSA Settlement, (ECF No. 24), filed January 19, 2023, judgment is entered and the matter is hereby **DISMISSED WITH PREJUDICE.**

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE

January 19, 2023
Date